UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 09-CR-14022-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON DAVID BINGHAM,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the Report and Recommendation on The Petition for Warrant for Offender Under Supervision **[ECF No. 103]**.

**THE MATTER** was heard before Magistrate Judge Shaniek Mills Maynard on October 27, 2025. A Report and Recommendation was filed on November 5, 2025, recommending to the District Court that the Defendant be found to have violated his supervised release with respect to Violation Numbers 1 through 13. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 103]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

1

The Sentencing Hearing in this matter has been set for **January 12, 2026 at 11:00 a.m.**, before the Honorable District Judge Donald L. Graham at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4074, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 8th day of January, 2026.

DONALD L. GRAHAM
SENIOR UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office